

# Fourth Court of Appeals
## San Antonio, Texas

June 25, 2018

No. 04-18-00313-CR

Jason Lee **SALINAS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 14-08-02923-DCRAJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

The court reporter filed a notification of late record asking for additional time in which to file the reporter's record in this court. After review, we **GRANT** the requested extension and **ORDER** the reporter to file the reporter's record in this court **on or before July 6, 2018.**

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of June, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court